Timothy E. SIELA, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71628.

Missouri Court of Appeals, Western District.

Nov. 16, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 21, 2010.

Ruth Sanders, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., MARK D. PFEIFFER, and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

Timothy E. Siela appeals from the circuit court's judgment denying his Rule 24.035 post-conviction relief motion without an evidentiary hearing. We affirm. Rule 84.16(b).